**LOW, BALL & LYNCH** ATTORNEYS AT LAW
505 MONTGOMERY STREET, 7TH FLOOR, SAN FRANCISCO, CALIFORNIA 94111
TELEPHONE (415) 981-6630   FACSIMILE (415) 982-1634 WWW.LOWBALL.COM

July 3, 2013

Hon. Donna M. Ryu
Magistrate Judge
U.S. District Court/Northern District
Oakland Courthouse, Courtroom 4 - 3rd Floor
1301 Clay Street
Oakland, CA 94612

  Re: *Tien Van Nguyen v. City of Union City et al.*
    USDC Case No. 4:13-cv-01753 (DMR)

Dear Judge Ryu:

  This matter is currently-scheduled for a case management conference on July 17, 2013 at 1:30 p.m. Lead attorney in this matter, Dale L. Allen, Jr., is scheduled to be in trial in another matter on this date before Judge Seng in the United States District Court, Eastern District and will be unavailable to personally attend. That matter is *Williams v. City of Merced et al.*, USDC Case No. 1:10-cv-01999-MJS.

  Pursuant to your standing order, I write to request that I be allowed to appear in place of Mr. Allen. I am the associate handling this matter and am sufficiently prepared to address all of the matters referred to in the Northern District of California's standing order on Joint Case Management Statements and have full authority to enter stipulations and make admissions.

            Very truly yours,

            LOW, BALL & LYNCH

             /s/

            Kevin P. Allen

IT IS SO ORDERED.

DATED: July 5, 2013       _____
               DONNA M. RYU
               United States District/Magistrate Judge

J:\1426\sf0104\Correspondence\L-Ryu 001.docx