JAMES M. BARRETT, ESQ. SBN 190274
THE LAW OFFICE OF JAMES M. BARRETT, PLC
5150 EL CAMINO REAL, SUITE D-22
LOS ALTOS, CA 94022-1534
T: 650.969.3687
F: 650.969.3699
E: jb@jamesbarrettlaw.com

*Attorney for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNLIMITED JURISDICTION

| | |
|---|---|
| TIEN VAN NGUYEN, an individual, | CASE NO. 13-01753 DMR |
| *Plaintiff*, | STIPULATION TO DISMISS 2ND CAUSE OF ACTION |
| vs. | |
| CITY OF UNION CITY, a public entity, OFC. BRIAN BAUMGARTNER, an individual, OFC. JOSEPH COTA, an individual, OFC. DANIEL DEJONG, an individual, OFC. JEFFREY STEWARD, an individual, AND DOES 1-50, Inclusive | Action Filed: June 18, 2012 |
| *Defendants* | |

    IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that in lieu of filing an opposition to the pending Motion to Dismiss that Plaintiff will Dismiss the 2nd Cause of action, Common Law Battery filed against all Defendants.

    IT IS HEREBY FURTHER STIPULATED that the hearing date on the Motion to Dismiss, currently set for September 26, 2013, at 11:00 am shall be vacated.

Dated: 7.23.2013					LAW OFFICES OF JAMES M. BARRETT PLC

/James M. Barrett/
JAMES M. BARRETT
Attorneys for TIEN VAN NGUYEN.

Dated: 7.23.2013					Low, Ball & Lynch

/Kevin Allen/
DALE L. ALLEN, JR.
KEVIN P. ALLEN
Attorneys for Defendant
CITY OF UNION CITY; OFFICER BRIAN BAUMGARTNER; OFFICER JOSEPH COTA; OFFICER DANIEL DEJONG; and OFFICER JEFFREY STEWART

# O R D E R

Pursuant to the stipulation of the parties, and good cause appearing therefore, Plaintiff shall be allowed to dismiss the 2nd Cause of Action Battery and the hearing on Defendants' Motion to Dismiss, currently set for September 26, 11:00 am, shall be vacated.

Dated: 7/25/2013

HONORABLE DONNA M RYU
UNITED STATES DISTRICT COURT
MAGISTRATE JUDGE