**United States District Court**
For the Northern District of California

1
2
3
4
5
6                          UNITED STATES DISTRICT COURT
7                         NORTHERN DISTRICT OF CALIFORNIA
8
9   TIEN VAN NGUYEN,                          No. C-13-01753 DMR
10              Plaintiff(s),                 **ORDER CONTINUING CASE**
                                              **MANAGEMENT CONFERENCE**
11         v.
12  CITY OF UNION CITY,
13              Defendant(s).
    _____/
14
15  TO ALL PARTIES AND COUNSEL OF RECORD:
16         The Case Management Conference previously scheduled for November 13, 2013 has been
17  CONTINUED to **January 15, 2014 at 1:30 p.m.**, Courtroom 4, 3rd Floor, U.S. District Court, 1301
18  Clay Street, Oakland, California 94612.  The Case Management Statement is due no later than
19  **January 8, 2014.**
20
21         IT IS SO ORDERED.
22
23  Dated:  November 7, 2013
24                                            _____
25                                            DONNA M. RYU
                                              United States Magistrate Judge
26
27
28