**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TIEN VAN NGUYEN,                                    No. C-13-01753 DMR

        Plaintiff(s),                          **ORDER CONTINUING CASE
                                                   MANAGEMENT CONFERENCE**

   v.

CITY OF UNION CITY,

        Defendant(s).
_____/

TO ALL PARTIES AND COUNSEL OF RECORD:

      The Case Management Conference previously scheduled for November 13, 2013 has been
CONTINUED to **January 15, 2014 at 1:30 p.m.**, Courtroom 4, 3rd Floor, U.S. District Court, 1301
Clay Street, Oakland, California 94612.  The Case Management Statement is due no later than
**January 8, 2014.**

      IT IS SO ORDERED.

Dated:  November 7, 2013

_____
DONNA M. RYU
United States Magistrate Judge