# ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP

ATTORNEYS

180 Montgomery Street, Suite 1200　　　　　　　　　　　　　　　　　Telephone (415) 697-2000
San Francisco, California 94104　　　　　　　　　　　　　　　　　　Facsimile (415) 813-2045
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　E-Mail kallen@aghwlaw.com

April 10, 2014

Hon. Donna M. Ryu
Magistrate Judge
U.S. District Court/Northern District
Oakland Courthouse, Courtroom 4 - 3rd Floor
1301 Clay Street
Oakland, CA 94612

　　　　Re:　*Tien Van Nguyen v. City of Union City et al.*
　　　　　　　USDC Case No. 4:13-cv-01753 (DMR)

Dear Judge Ryu:

　　　On April 16, 2014 at 1:30 p.m., this matter is currently-scheduled for a Case Management Conference (Docket No. 35). Pursuant to the Court's Standing Order (Docket No. 2-1, ¶ 8), I respectfully request allowance to appear at the Case Management Conference in lieu of lead trial counsel Dale L. Allen, Jr. I am co-trial counsel in this matter, and am sufficiently prepared to address all of the matters referred to in the Northern District of California's standing order on Joint Case Management Statements. I have full authority to enter stipulations and make admissions.

　　　Thank you for considering this request.

　　　　　　　　　　　　　　　　　　　　　　　　Very truly yours,

　　　　　　　　　　　　　　　　　　　　　　　　ALLEN, GLAESSNER,
　　　　　　　　　　　　　　　　　　　　　　　　HAZELWOOD & WERTH

　　　　　　　　　　　　　　　　　　　　　　　　　　/s/

　　　　　　　　　　　　　　　　　　　　　　　　Kevin P. Allen

IT IS SO ORDERED.

DATED: April 33, 2236　　　　　_____
　　　　　　　　　　　　　　　　DONNA M. RYU
　　　　　　　　　　　　　　　　United States Magistrate Judge

4801.1