ATTORNEYS

# ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP

180 Montgomery Street, Suite 1200
San Francisco, California 94104

Telephone (415) 697-2000
Facsimile (415) 813-2045
E-Mail kallen@aghwlaw.com

August 6, 2014

Hon. Donna M. Ryu
Magistrate Judge
U.S. District Court/Northern District
Oakland Courthouse, Courtroom 4 - 3rd Floor
1301 Clay Street
Oakland, CA 94612

       Re:    *Tien Van Nguyen v. City of Union City et al.*
             USDC Case No. 4:13-cv-01753 (DMR)

Dear Judge Ryu:

On August 13, 2014 at 1:30 p.m., this matter is currently-scheduled for a Trial Setting Conference (Docket No. 45). Pursuant to the Court's Standing Order (Docket No. 2-1, ¶ 8), I respectfully request allowance to appear at the Conference in lieu of lead trial counsel Dale L. Allen, Jr. He will be in trial in Merced, CA (*Thao v. City of Merced, et al.*, Merced County Case Number CV002599). The *Thao* trial begins on August 12th.

I am co-trial counsel in this matter, and am sufficiently prepared to address all of the matters referred to in the Northern District of California's standing order on Joint Case Management Statements. I have full authority to enter stipulations and make admissions.

I also request permission to appear telephonically. I have a deposition at 10:00 a.m. on August 13, 2014 in Merced, CA. The deposition is in *Ervin v. City of Merced, et al.*, USDC Case No.: 1:13-cv-00446-GSA) (Eastern District of California).

///
///
///
///
///
///
///
///
///
///
///

18638.1

Thank you for considering these requests.

Very truly yours,

ALLEN, GLAESSNER,
HAZELWOOD & WERTH

/s/

Kevin P. Allen

IT IS HEREBY ORDERED THAT:
The Court grants Counsel Kevin P. Allen's requests to appear in lieu of lead trial counsel Dale Allen, Jr.
by telephone at the Case Management Conference on 8/13/2014 at 1:30 p.m.  Counsel Kevin Allen must
follow the protocol set forth in the attached Notice re Telephonic Appearance Procedures for Judge Ryu.
**IT IS SO ORDERED.**

DATED:  8/7/14                                        _____

DONNA M. RYU
United States Magistrate Judge

18638.1